# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Tomi Hanzelka Kiele, | ) | Case No. 1:17-cr-115 |
| | ) | |
| Defendant. | ) | |

Defendant is charged in an Indictment with the offenses of: (1) theft of mail by a postal employee; and (2) misappropriation of postal funds. The Government has requested that a summons for defendant be issued in lieu of an arrest warrant. Accordingly, the court **ORDERS** that the arrest warrant be quashed and that a summons be issued.

Dated this 12th day of May, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court